**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **DEREK MORTLAND,** | : |
| | : |
| Plaintiff, | : Case No. 2:24-cv-1021 |
| | : |
| v. | : |
| | : Judge James L. Graham |
| **LINDVEST LIMITED** | : |
| **PARTNERSHIP; and UNITED DAIRY** | : Magistrate Judge Kimberly A. Jolson |
| **FARMERS, INC.** | : |
| | : |
| Defendants. | : |
| | : |

Plaintiff Derek Mortland and Defendants Lindvest Limited Partnership and United Dairy Farmers, Inc., by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of the claims in this matter.

Respectfully submitted,

| | |
|---|---|
| */s/ Catherine F. Burgett* | */s/ Owen B. Dunn, Jr.* |
| Catherine F. Burgett (0082700) | Owen B. Dunn, Jr. (0074743) |
| FROST BROWN TODD LLC | The Law Offices of Owen Dunn Jr. |
| 10 West Broad Street, Suite 2300 | The Offices of Unit C |
| Columbus, Ohio 43215 | 6800 W. Central Ave., suite C-1 |
| Telephone: (614) 464-1211 | Toledo, OH 43617 |
| Fax: (614) 464-1737 | Telephone: (419) 241-9661 |
| cburgett@fbtlaw.com | Fax: (419) 241-9737 |
| *Counsel for Defendants* | obdjr@owendunnlaw.com |
| | *Counsel for Plaintiff* |